Case 6:24-cv-00004-ADA   Document 1   Filed 01/02/24   Page 1 of 6

FILED
January 02, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Hon. Judge Alan C. Albright                 12-28-23

Name is Roderick C. Froussard
3-27-77
426th District Court here in Bell County

I am filing a formal complaint against

A.D.A Shelley Strimple in 426th District Court Bell County, I have been here since 6-29-22 I have not attended any court apperences, I have not been legally served a indictment, I have not been considered for a bond reductions, an I've been getting sexually abused since Febuary 3, 2023 I've been complaining about this situation and nuthin has been getting it done. I've complained to the A.D.A Ms. Shelley Strimple in the 426th District Court to please help me and she refuses to help me because I am a African American she is very racist against Black men. I would like some help please I am tired of getting abused and I am unable to fight these men off of me

at nite when I am asleep, the staff deputies here don't care at all, they rarely do random checks to see if all the inmates are o.k.

Judge Albright, I've been here to long for a state jail felony and I've lost my job, my house, I've lost my kids to foster care, I need to get out of here I am tired, I am very sick with cancer and I need my treatment from M.D Anderson in Houston Texas please Judge Albright this county is very racist against Black man, Bell County is very very racist.

My charge is felony petty theft x2 my bond is $50,000 I am unable to post bond because I was already in another county when I was suppose to be in court here in 2021, the record will reflect that I was in Caldwell Co on 4.9.21 please help me please.

Respectfully
Roderick Broussard

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513      # 1300402
Name Roderick Broussard
Housing Unit    201

RECEIVED
JAN 02 2024
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Judge
Hon. Judge Alan D. Albright
Western District of Texas
United States Courthouse
800 Franklin Avenue, Room #380
Waco Texas 76701

Clerk of Court                    12-28-23
Mr. Philip J. Devlin

Sir, my name is Roderick J. Broussard

I am here in Bell County. I'm in 426th District

Court. The A.D.A in 426th D.C name is

Shelley Strimple.

Sir Mr. Devlin I need your help, I have

been here since 6-29-22 I've been

constantly getting reset after reset.

I've also been complaining about me

been sexually harassed and assaulted

I've wrote and had my people

to call the District Attorney's office

Time and Time again, I am very very Sick and have Cancer and Need Treatment that Bell County has refuse to offer me under the Conditions that they don't help with that and I would need to be out of jail. Mr. Devlin please help me I am Tired of being Sexually Assaulted here and nuthin is being done. I've also wrote and had my people Contact Ms. Shelley Strimple A.D.A in 426th D.C and She refuses to return my people's Calls, She is Racist against Black Men in This County. please Mr. Devlin please Help me in This Situation please.

Respectfully
Roderick Broussard

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513    # 1300402
Name  Roderick Froussard
Housing Unit   201

RECEIVED
JAN 02 2024
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk of Court
Mr. Philip J. Devlin
United States District Court
Western District of Texas
800 Franklin Avenue Room 380
Waco Texas 76701